**Happy A. CARLSTROM, Appellant, v.
STATE of Texas, Appellee.**

No. 23058.

Court of Criminal Appeals of Texas.

Feb. 7, 1945.

Henry Houston Jones, of Austin, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The State has filed a motion to abate the appeal on account of the death of appellant. We find the proper evidence supporting the motion and the appeal is accordingly abated.

**David W. HOFFMAN, Appellant, v. STATE
of Texas, Appellee.**

No. 23071.

Court of Criminal Appeals of Texas.

Feb. 21, 1945.

A. L. Carlton and Chas. Owen, both of El Paso, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This is a conviction for the offense of procuring, with punishment assessed at a fine of $200 and imprisonment in the county jail for a term of thirty days.

Appellant has filed his personal affidavit setting forth that he does not desire to further prosecute this appeal and prays that the appeal be dismissed.

The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Joe PIERCE, Appellant, v. STATE of
Texas, Appellee.**

No. 23104.

Court of Criminal Appeals of Texas.

March 21, 1945.

S. F. Hill, of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for robbery by assault. The punishment assessed is confinement in the state penitentiary for a period of five years.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same. The motion is granted and the appeal is ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.